IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLIED WORLD INSURANCE COMPANY, ALLIED WORLD SPECIALTY INSURANCE COMPANY, ALLIED WORLD NATIONAL ASSURANCE COMPANY and UNITED STATES FIRE INSURANCE COMPANY | : : : : : : : | CIVIL ACTION |
| v. | : : | |
| JAMES KEATING, JONATHAN COHEN, JONATHAN P. COHEN, P.A. and SIAN KEATING | : : : | NO. 21-4010 |

## ORDER

**NOW**, this 11th day of March, 2022, upon consideration of the Defendant Sian Keating's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and (6) (Doc. No. 25), and the plaintiffs' response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the First Amended Complaint is **DISMISSED WITH PREJUDICE** as to the defendant Sian Keating.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.